UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL EDGARDO ACOSTA IBARRA, *et al.*,

            Plaintiffs,

-v-

EL COCOTERO INC. d/b/a EL COCOTERO, *et al.*,

            Defendants.

18-CV-4826 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 67.) The proposed settlement involves $35,000 to be allocated to Plaintiffs in connection with their FLSA claims. (Dkt. No. 67-1.) After costs, one-third of the settlement sum will be collected in attorney's fees. (*Id.*) The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

    To that end, the proposed settlement at Docket Number 67 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: October 24, 2019
       New York, New York

                                      J. PAUL OETKEN
                                      United States District Judge