## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL EDGARDO ACOSTA IBARRA and ROBERTO JIMENEZ, *individually and on behalf of others similarly situated,*<br><br>                                        *Plaintiffs*,<br><br>                -against-<br><br>EL COCOTERO INC.  (D/B/A EL COCOTERO), EL COCOTERO, EL HOGAR DE LOS VENEZOLANOS, INC.  (D/B/A EL COCOTERO), EL COCOTERO, LLC  (D/B/A EL COCOTERO), MIRIAN MAVAREZ , and LUIS QUINTERO (A.K.A. LUCHO),<br><br>                                        *Defendants.* | Index No. 18-cv-4826 (JPO)<br><br>**MOTION TO ENFORCE AGREEMENT AND ENTER JUDGMENT** |

**PLEASE TAKE NOTICE** that Plaintiffs Daniel Edgardo Acosta Ibarra and Roberto Jimenez, by the undersigned counsel, respectfully moves to enforce the settlement agreement in this action and enter judgment.

**PLEASE TAKE FURTHER NOTICE**, that any responses or objections to the Motion must be in writing, shall conform to the Federal Rules of Civil Procedure and the Local Rules of the District Court, and pursuant to Fed. R. Civ. P. 6(c)(1)(C) and Local Civil Rule 6.1: Defendants shall file any response to the Motion, within 14 days of service of the motion

Dated: New York, New York
          May 12, 2020

Respectfully submitted,

*/s/ Joshua S. Androphy*
Joshua S. Androphy, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

*Attorneys for Plaintiffs*