UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL EDGARDO ACOSTA IBARRA, *et al.*,

                     Plaintiffs,

                 -v-

EL COCOTERO INC. d/b/a EL COCOTERO, *et al.*,

                     Defendants.

18-CV-4826 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On May 12, 2020, Plaintiffs filed a motion for this Court to enter judgment on behalf of the Plaintiffs in the amount owed to them under the settlement agreement with Defendants. (Dkt. No. 70.)  The settlement agreement required Defendants to pay $35,000 within thirty days of this Court's approval of the settlement.  (Dkt. No. 71 ¶ 3.)  This Court approved the settlement on October 24, 2019.  (Dkt. No. 69.)  Accordingly, Defendants were required to make payment to Plaintiffs on or before November 23, 2019.  No payment has been made to Plaintiffs (Dkt. No. 71 ¶ 6), and Defendants have failed to respond to Plaintiffs' motion.

    Accordingly, Plaintiffs' motion for judgment is GRANTED.  The Clerk of Court is directed to close the motion at Docket Number 70, and enter judgment in favor of Plaintiffs in the amount of $35,000 plus prejudgment interest in the amount of 9 percent per annum from November 23, 2019, through the date of judgment.

    SO ORDERED.

Dated: June 12, 2020
       New York, New York

                                                   J. PAUL OETKEN
                                                United States District Judge