UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DANIEL EDGARDO ACOSTA IBARRA, et al.,
                              Plaintiffs,

               -against-

EL COCOTERO INC. d/b/a EL COCOTERO,
et al.,
                             Defendants.
-----------------------------------------------------------X

18 CIVIL 4826 (JPO)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 12, 2020, Plaintiffs' motion for judgment is GRANTED. and judgment is entered in favor of Plaintiffs' in the amount of $35,000 plus prejudgment interest in the amount of 9 percent per annum from November 23, 2019, in the amount of $1,769.18.

**Dated:** New York, New York
          June 15, 2020

                                                      **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                           **BY:**
                                                        **Deputy Clerk**